UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN CARLOS TOLEDO-CELEDON, | ) | 1:07-cv-01402-LJO-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 6) |
| v. | ) | |
| | ) | **ORDER DISMISSING PETITION** |
| CHARLES DeROSA, | ) | **FOR WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ENTER JUDGMENT** |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On October 31, 2007, the Magistrate Judge filed Findings and a Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED as it does not allege grounds that would entitle Petitioner to relief under 28 U.S.C. § 2241.  These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within twenty (20) days from the date of service of that order.  To date, the parties have not filed objections to the Findings and Recommendation.

//

/

1

1   In accordance with the provisions of 28 U.S.C. § 636
2  (b)(1)(C), this Court has conducted a *de novo* review of the case.
3  Having carefully reviewed the entire file, the Court concludes that
4  the Magistrate Judge's Findings and Recommendation are supported by
5  the record and proper analysis.
6   Accordingly, IT IS HEREBY ORDERED that:
7   1.   The Findings and Recommendation, filed October 31, 2007,
8  are ADOPTED IN FULL;
9   2.   The Petition for Writ of Habeas Corpus is DISMISSED as it
10 does not allege grounds that would entitle Petitioner to relief
11 under 28 U.S.C. § 2241; and,
12  3.   The Clerk of Court enter judgment.
13 IT IS SO ORDERED.
14 **Dated:   December 20, 2007**           /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE